UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAVELL FOX

        Plantiff,           9:19-CV-498

-V-                             (BKS/ATB)

BERNARD SHEFTIC

        Defendant
_____

MEMORANDUM OF LAW IN SUPPORT
OF PLANTIFFS MOTION FOR
SUMMARY JUDGEMENT PURSUANT
TO FED. R. CIV. P. 56



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL - 2 2020
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

JAVELL FOX Pro-se
GREAT Meadow C.F
11739 State Route 22
P.O Box 51
COMSTOCK N.Y 12821        June 30, 2020

## PRELIMINARY STATEMENT

Plantiff Javell Fox Pro-se, is an inmate at Great Meadows Correctional Facility and respectfully submit this Motion for Summary Judgement pursuant to Fed. R. Civ. P 56

Plantiff Suffered Descrimination, Equal protection, and Retaliation.

Plantiff was punished by defendant for wearing a Mohawk hairstyle. defendant Allowed other prisoners of his favor to wear A Mohawk hairstyle without punishment. Defendant Allowed white prisoners, and Black and Native American prisoners wear there religious and cultural hairstyles of pony tails, Dreadlocks, skinheads and long hair as religious symbols.

Plantiffs Mohawk hairstyle is a religious symbol and was Descriminated against and denied equal protection. Defendant further punished plantiff for filling civil

1

suits and grievances, even after plantiff showed defendant his court order signed by district court Judge Thomas J McAvoy ~~defendant~~ to wear his Allowed Mohawk hairstyle, Defendant still punished plantiff. Therefore ~~plantiff's~~ Plantiffs Motion For Summary Judgement must be granted - Defendant does not qualify for immunity. Defendants violations of plantiffs constitutional rights were done so intentionally and with malice,

## POINT I
## RETALIATION (COA 5)

On August 29, 2018 plantiff was incarserated at Auburn C.F., when defendant Sheftic approached him about his hairstyle when he was coming from orientation, plantiff showed sgt sheftic/ Defendant his court order signed by senior Destrict court Judge

2

Thomas J. McAvoy allowing plantiff to wear his Mohawk hairstyle. See exhibit A. On August 30, 2018 Defendant Sheftic keeplocked Plantiff for wearing his Mohawk hairstyle in violation of Plantiffs court order his reason being was because plantiff filed a civil suit and grievances.

Plantiff was acting in protected conduct, Defendant took adverse action, and there is clear causal connection to prove retaliation. Due to retaliation of Defendant plantiff was locked away in a cell, Deprived the privalege without dueprocess of seeaking to his family, participate in recreation and said confinement caused plantiff recurring back pains and headaches, emotional anguish by Plantiffs Mental health being re-aggrevated. Plantiff

3

suffers from anxiety, PTSD, and Depression Due to similar nature of ongoing retaliation and confinement for his hairstyle.

Defendant clearly Retaliated against plantiff See Bennett v Goord 343 F.3d 133, 137 (2d Cir. 2003) and Gill v Pidlypchak, 389 F.3d 379, 381 (2d Cir. 2004) Defendant Told plantiff that hes punishing plantiff for filing a lawsuit.

Therefore Plantiff Motion for summary judgement retaliation claims must be granted (COA 1)

POINT II (COA 4) (COA 2, 3)
PLANTIFFS EQUAL PROTECTION AND DESCRIMINATION CLAIMS MUST BE GRANTED

Defendant Sheftic allows other Prisoners in other religious groups to wear a Mohawk

4

hairstyle without punishment. Defendant sheftic also allowed other prisoners from other cultural and religious groups wear there religious hairstyles such as white prisoners he allowed them to wear there Norse long or skin haircuts, Black to wear there Dreadlocked haircuts and Native americans wear there long hairstyles. however He punished plantiff for wearing a Mohawk hairstyle which is sincere to his Anunakb faith. when other prisoners of other religions wore A mohawk he never punished them see (exhibit B - Declaration Ariel Myers)

Even after plantiff showed defendant sgt sheftic his court order permitting plantiff to wear his mohawk hairstyle signed by a district court

5

Judge, even with this knowledge Defendant Sheftic denied plantiff his right to the equal protection of the law and subjected plantiff to descrimination applieng a different standard to plantiff than other similariy situated individuals See Skehan v. Village of mamaroneck, 465 F.3d 96, 111 (2d Cir, 2006) Defendant intentionally and purposefully descriminated against plantiff. see Phillips v. V. Girdich, 408 F.3d 124, 129 (2d Cir, 2005) plantiff being keeplocked and punished for wearing his religious Mohawk hairstyle other prisoners wear Mohawk hairstyles and other religious hairstyles free of punishment this difference in treatment can not survive the appropriate

6

level of scrutiny pleantiff was singled out because of his religion and religious hairstyle, therefore plantiffs descrimation and Equal protection claims must be granted.

## POINT III
## RELIGION (COA 1)

The First Amendment to the United States constitution of America established that no law can prohibit or respect a religion (emphasis added) therefore Defendants violation of plantIff First Amendment rights to wer A sincerely held religious hairstyle, a symbol of his Anunaki Faith, and Defendant keeplock plantiff for exercising his religious belief by his religious hairstyle for no penological reason, is a clear violation of plantiffs First Amendment rights and motion for summary judgement must be granted in regards to first Amendmendment claims.

7

See Ford v. McGinnis, 352 F.3d 582, 588 (2d Cir. 2003) 352 F.3d 594, 598

## CONCLUSION

WHEREFORE, for all the foregoing reasons plantiff respectfully request that the court grants plantiffs Motion for summary Judgement and awards plantiff damage award in the amount of $325,000.00 and any other relief that the court Deem Just and proper.

TO: William E. Arnold
Assistant Attorney General
300 So. State St, Suite 300
Syracuse N.Y 13202

8